38 A.3d 770

Kevin JOHNSON, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 130 EM 2011.

Supreme Court of Pennsylvania.

Feb. 16, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 16th day of February, 2012, the Application for Leave to File Original Process is **GRANTED.** To the extent that the Petition for Mandamus and/or Extraordinary Relief requests an exercise of extraordinary jurisdiction, it is **DENIED.** To the extent the Petition for Mandamus and/or

Extraordinary Relief requests mandamus relief, it is **GRANTED.** The Court of Common Pleas of Philadelphia County is directed to dispose of Petitioner's pending petition for writ of *habeas corpus* within 90 days of this order.